

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Shayne Kinslow, Appellant

No. 06-14-00083-CR       v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR01648). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the sum of $1,181.25, attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Robert Shayne Kinslow, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk